IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

IN RE: § 
    Jimmy Wayne Birdsong § CASE NO. 02-11371
    P O Box 1191 § Chapter 13
    New Boston, TX 75570 §
    xxx-xx-7147 §
     §
DEBTOR. §

## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Jimmy Wayne Birdsong, claimant, hereby petitions the Court for $1,263.33, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Bowie CAD, creditor. A dividend check in the amount totaling $1,263.33 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Bowie CAD (aka Bowie Central Appraisal District). However, subsequent to the debtor, Jimmy Wayne Birdsong, filing for bankruptcy, the taxes owed to Bowie Central Appraisal District have been paid in full and the debtor now longer has any debt obligations owed to Bowie Central Appraisal District, as evidenced by exhibit A. Therefore, Jimmy Wayne Birdsong is requesting the the unclaimed funds to be released to him.

The creditor's current mailing address, phone and social security/tax identification number are:

Jimmy Wayne Birdsong
1215 S Merrill St.
New Boston, TX 75570
903-628-0428
Last Four Digits of SSN/TIN: 7147

Claimant now seeks to recover the funds from the Court's Registry. **Dilks & Knopik, LLC is not an law firm but has been granted Limited Power of Attorney from Jimmy Wayne Birdsong to collect the unclaimed funds, as evidenced by the attached Limited Power of Attorney.** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$1,263.33** made payable to **Jimmy Wayne Birdsong** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: July 19, 2010    Respectfully Submitted: _____
                                                                     Brian J. Dilks, Managing Member
                                                                     Dilks & Knopik, LLC, Attorney in Fact for
                                                                     **Jimmy Wayne Birdsong**
                                                                     PO Box 2728
                                                                     Issaquah, WA 98027-0125
                                                                     (425) 836-5728

On __7|19|10__ before me, <u>Brian J. Dilks</u>, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
[Seal] for the State of Washington, County of King
My Commission Expires: <u>July 29, 2010</u>



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

IN RE: §
    Jimmy Wayne Birdsong § CASE NO. 02-11371
    P O Box 1191 § Chapter 13
    New Boston, TX 75570 §
    xxx-xx-7147 §
     §
DEBTOR. §

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Partner of Dilks & Knopik, LLC, the undersigned, do declare that on 7-19-10, I served the within Motion for the Recovery of Unclaimed Funds to the US Attorney, Debtor, Debtor's Attorney & Case Trustee, listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
Attn: Unclaimed Funds Request
350 Magnolia Avenue, Ste 150
Beaumont, TX 77701-2248

Jimmy Wayne Birdsong
Debtor
P O Box 1191
New Boston, TX 75570

Jack W. Gooding
Attorney for Debtor
1945 Moores Lane
Texarkana, TX 75503

Janna L. Countryman
Case Trustee
P.O. Box 941166
Plano, TX 75094-1166

Bowie CAD
c/o Michael Reed
McCreary, Veselka, Bragg, & Allen, PC
PO Box 1269
Round Rock, TX 78680

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 19, 2010      Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
**Jimmy Wayne Birdsong**
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728

On 7/19/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[SEAL] NOTARY PUBLIC

Caryn M. Dilks, Notary Public
for the State of Washington, County of King
My Commission Expires: July 29, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

RE: Jimmy Wayne Birdsong

Debtor(s)

Case: 02-11371

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Jimmy Wayne Birdsong** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,263.33** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Jimmy Wayne Birdsong_ (signature)
Jimmy Wayne Birdsong

_July 07_, 20_10_
Date

Tax ID: XXX-XX-_7147_

### ACKNOWLEDGMENT

STATE OF _Texas_ )          COUNTY OF _Bowie_ )

On this _7_ day of _July_, _2010_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Jimmy Wayne Birdsong_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Debra Robinson_
Residing at _NB Ct House_
My Commission expires _10-18-2012_

DEBRA ROBINSON
Notary Public
STATE OF TEXAS
My Comm. Exp. October 18, 2012



# BCAD

BCAD 122 Plaza West, STE A Texarkana, TX 75501

Phone: 903-793-8936    FAX: 903-792-8889

July 8, 2010

I, Wayne Bouterse, Collections Administrator for the Bowie Central Appraisal District, hereby submit to you that there are no taxes due for Jimmy W. Birdsong for tax year 2009 or any years prior. If you have any questions please feel free to contact us at the number listed above.

I certify that to the best of my knowledge, this is the true and correct information.

Respectfully,

Wayne Bouterse
Collections Administrator

Exhibit A
Page 1 of 1

B10001

# INSURANCE BILLING STATEMENT

**TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY**
7420 Fish Pond Rd  Waco, Tx 76710-1010
PO Box 2689  Waco, Tx 76702-2689
To Make a Payment call 866-658-9038
For Billing Inquiries call 888-573-4359

Helping You Is What We Do Best
www.txfb-ins.com



JUL - 2 2010

JIMMY BIRDSONG
▓▓▓▓▓▓ BIRDSONG
PO BOX 1191
NEW BOSTON TX 75570-1191

POLICY NUMBER: ▓▓▓▓
MEMBERSHIP NUMBER: ▓▓▓▓
POLICY TYPE: SIX MONTH AUTO
DATE MAILED: ▓▓▓▓

VEHICLE(S) INSURED:
2006 CHEV SEDAN

## PAYMENT OPTIONS

| INSTALLMENT NUMBER | OPTION 1 YOU MAY PAY YOUR INSTALLMENT | OPTION 2 YOU MAY PAY YOUR REMAINING BALANCE | DATE DUE | BILL PLAN |
|---|---|---|---|---|
| 5 | ▓▓▓▓ | ▓▓▓▓ | 07/03/2010 | Monthly |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| PRIOR TERM PREMIUM | $ | 0.00 |
| REMAINING BALANCE FROM LAST STATEMENT | $ | ▓▓▓▓ |
| TRANSACTION AMOUNTS | $ | 0.00 |
| PAYMENT ACTIVITY | $ | ▓▓▓▓ |
| REFUNDS | $ | 0.00 |
| SERVICE CHARGE | $ | ▓▓▓▓ |
| **REMAINING BALANCE** | $ | ▓▓▓▓ |
| | | |
| PAST DUE AMOUNT | $ | 0.00 |
| CURRENT INSTALLMENT | $ | ▓▓▓▓ |
| SERVICE CHARGE | $ | ▓▓▓▓ |
| **TOTAL INSTALLMENT** | $ | ▓▓▓▓ |

*IMPORTANT INFORMATION ON BACK*

---



Helping You Is What We Do Best
www.txfb-ins.com

LOB:     101
Payee:   0
Exp.:    ▓▓▓▓
Policy ID: ▓▓▓▓

Tear along the perforation

Thank you for your premium payment
and the opportunity to serve you.

Date Due: ▓▓▓▓
Policy Number: ▓▓▓▓
Amount Due: ▓▓▓▓
Remaining Balance: ▓▓▓▓

Amount Remitted  $ ▓▓▓▓

☐ **Address Change** - Check this box
and indicate address change on back

Member No. ▓▓▓▓
JIMMY BIRDSONG
▓▓▓▓ BIRDSONG
PO BOX 1191
NEW BOSTON TX 75570-1191

TEXAS FARM BUREAU INSURANCE COMPANIES
PO BOX 660755
DALLAS TX 75266-0755







Proof of Address
Page 1 of 1